| No | IP Address | GUID | P2PClient | HitDateUTC (MM/DD/YY) | DossierNumber |
|---|---|---|---|---|---|
| 1 | 71.56.225.169 | 2D5554333030302DE064B4B5E350373549DD0C4A | µTorrent 3.0.0 | 01/29/2013 03:07:27 AM | S0054-000006586 |
| 2 | 198.45.197.50 | 2D5554333230302D3C6C1BD674ED7217EC15ED0E | µTorrent 3.2.0 | 01/28/2013 12:36:51 AM | S0054-000006566 |
| 3 | 69.21.33.90 | 2D5554333233302D21703691CFAF35211D29AFF2 | µTorrent 3.2.3 | 01/26/2013 09:27:52 PM | S0054-000006518 |
| 4 | 75.171.220.49 | 2D554D313831302D5670C3DE84F3361AB4578598 | µTorrent Mac 1.8.1 | 01/26/2013 01:36:12 PM | S0054-000006514 |
| 5 | 75.166.0.66 | 4D372D372D332D2D227074650A63A4AC6F8BD1AD | BitTorrent 7.7.3 | 01/26/2013 05:23:42 AM | S0054-000006500 |
| 6 | 184.166.7.200 | 2D415A343530342D51556B3834344C664A745A59 | Vuze 4.5.0.4 | 01/25/2013 04:13:40 AM | S0054-000006456 |
| 7 | 99.195.102.36 | 2D5554333233302D21706EFF169E451C4ED27165 | µTorrent 3.2.3 | 01/21/2013 08:28:28 PM | S0054-000006362 |
| 8 | 199.47.67.59 | 2D5554323231302D2A6205C032B80484F22B541C | µTorrent 2.2.1 | 01/18/2013 09:12:52 AM | S0054-000006272 |
| 9 | 24.8.37.99 | 4D372D372D332D2D22702B889505207162CA0862 | BitTorrent 7.7.3 | 01/14/2013 02:22:04 AM | S0054-000006168 |
| 10 | 174.24.61.44 | 2D415A343530342D71703267486C3770354A4C6C | Vuze 4.5.0.4 | 01/13/2013 10:29:13 PM | S0054-000006162 |
| 11 | 204.45.126.170 | 2D415A343831322D5673704D4737334F4D676262 | Vuze 4.8.1.2 | 01/12/2013 10:25:26 PM | S0054-000006122 |
| 12 | 71.211.179.42 | 2D5554333233302D2170289E03DEAE0882421C69 | µTorrent 3.2.3 | 01/11/2013 05:56:00 AM | S0054-000006070 |
| 13 | 67.173.249.244 | 2D5554333233302D2170A9FEB9AD7015AF3CFD8C | µTorrent 3.2.3 | 01/09/2013 06:02:35 AM | S0054-000005882 |
| 14 | 71.237.69.53 | 4D372D372D302D2D536DB7D8CC1566B942A4648E | BitTorrent 7.7.0 | 01/06/2013 01:15:16 AM | S0054-000005902 |
| 15 | 75.70.93.82 | 4D372D332D352D2DEC6B1B3BD812FD0CFE6415AC | BitTorrent 7.3.5 | 01/04/2013 07:36:04 PM | S0054-000005918 |
| 16 | 174.51.108.196 | 4D372D372D322D2D536FEC96370D1224A70A2FF7 | BitTorrent 7.7.2 | 01/03/2013 07:36:27 PM | S0054-000005926 |
| 17 | 174.16.51.29 | 2D415A343530342D787A5A7A6D72703959784242 | Vuze 4.5.0.4 | 01/03/2013 02:59:44 PM | S0054-000005928 |
| 18 | 98.245.181.108 | 2D5554333231302DB66D163D205FD068F40B263F | µTorrent 3.2.1 | 01/02/2013 12:10:02 AM | S0054-000005938 |
| 19 | 75.70.170.88 | 2D5554333233302D2170FEF4FC227786C1BEE8C3 | µTorrent 3.2.3 | 01/01/2013 10:08:20 AM | S0054-000005948 |
| 20 | 204.45.126.162 | 2D5554333233302D21703EB926E6FDF42DB88B3A | µTorrent 3.2.3 | 01/01/2013 07:58:13 AM | S0054-000005952 |
| 21 | 24.9.182.37 | 4D372D372D302D2D0F6CB45A02C67DC83A415DCD | BitTorrent 7.7.0 | 01/01/2013 04:07:55 AM | S0054-000005954 |
| 22 | 75.70.178.227 | 2D5554333233302D2170B869BC367D97508E3D48 | µTorrent 3.2.3 | 01/01/2013 02:39:04 AM | S0054-000005958 |

| Title | RightsOwner | FileName | FileHash |
|---|---|---|---|
| Maximum Conviction | VOLTAGE | Maximum Conviction (2012) | SHA1: 638080D0C71661D686B354B52663942BD69CD056 |
| Maximum Conviction | VOLTAGE | Maximum Conviction (2012) | SHA1: 638080D0C71661D686B354B52663942BD69CD056 |
| Maximum Conviction | VOLTAGE | Maximum Conviction (2012) | SHA1: 638080D0C71661D686B354B52663942BD69CD056 |
| Maximum Conviction | VOLTAGE | Maximum Conviction (2012) | SHA1: 638080D0C71661D686B354B52663942BD69CD056 |
| Maximum Conviction | VOLTAGE | Maximum Conviction (2012) | SHA1: 638080D0C71661D686B354B52663942BD69CD056 |
| Maximum Conviction | VOLTAGE | Maximum Conviction (2012) | SHA1: 638080D0C71661D686B354B52663942BD69CD056 |
| Maximum Conviction | VOLTAGE | Maximum Conviction (2012) | SHA1: 638080D0C71661D686B354B52663942BD69CD056 |
| Maximum Conviction | VOLTAGE | Maximum Conviction (2012) | SHA1: 638080D0C71661D686B354B52663942BD69CD056 |
| Maximum Conviction | VOLTAGE | Maximum Conviction (2012) | SHA1: 638080D0C71661D686B354B52663942BD69CD056 |
| Maximum Conviction | VOLTAGE | Maximum Conviction (2012) | SHA1: 638080D0C71661D686B354B52663942BD69CD056 |
| Maximum Conviction | VOLTAGE | Maximum Conviction (2012) | SHA1: 638080D0C71661D686B354B52663942BD69CD056 |
| Maximum Conviction | VOLTAGE | Maximum Conviction (2012) | SHA1: 638080D0C71661D686B354B52663942BD69CD056 |
| Maximum Conviction | VOLTAGE | Maximum Conviction (2012) | SHA1: 638080D0C71661D686B354B52663942BD69CD056 |
| Maximum Conviction | VOLTAGE | Maximum Conviction (2012) | SHA1: 638080D0C71661D686B354B52663942BD69CD056 |
| Maximum Conviction | VOLTAGE | Maximum Conviction (2012) | SHA1: 638080D0C71661D686B354B52663942BD69CD056 |
| Maximum Conviction | VOLTAGE | Maximum Conviction (2012) | SHA1: 638080D0C71661D686B354B52663942BD69CD056 |
| Maximum Conviction | VOLTAGE | Maximum Conviction (2012) | SHA1: 638080D0C71661D686B354B52663942BD69CD056 |
| Maximum Conviction | VOLTAGE | Maximum Conviction (2012) | SHA1: 638080D0C71661D686B354B52663942BD69CD056 |
| Maximum Conviction | VOLTAGE | Maximum Conviction (2012) | SHA1: 638080D0C71661D686B354B52663942BD69CD056 |
| Maximum Conviction | VOLTAGE | Maximum Conviction (2012) | SHA1: 638080D0C71661D686B354B52663942BD69CD056 |
| Maximum Conviction | VOLTAGE | Maximum Conviction (2012) | SHA1: 638080D0C71661D686B354B52663942BD69CD056 |

| ISP | Region | city |
| --- | --- | --- |
| Comcast Cable | Colorado | Colorado Springs |
| Viasat Communications | Colorado | Englewood |
| TDS Telecom | Colorado | Hotchkiss |
| Century Link | Colorado | Denver |
| Century Link | Colorado | Denver |
| Bresnan Communications | Colorado | Grand Junction |
| CenturyTel Internet Holdings | Colorado | Eagle |
| Ne Colorado Cellular | Colorado | Rocky Ford |
| Comcast Cable | Colorado | Longmont |
| Century Link | Colorado | Colorado Springs |
| FDCservers.net | Colorado | Denver |
| Century Link | Colorado | Aurora |
| Comcast Cable | Colorado | Longmont |
| Comcast Cable | Colorado | Boulder |
| Comcast Cable | Colorado | Colorado Springs |
| Comcast Cable | Colorado | Denver |
| Century Link | Colorado | Denver |
| Comcast Cable | Colorado | Arvada |
| Comcast Cable | Colorado | Aurora |
| FDCservers.net | Colorado | Denver |
| Comcast Cable | Colorado | Parker |
| Comcast Cable | Colorado | Aurora |