IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01121-WYD-MEH

VOLTAGE PICTURES, LLC, a California Limited Liability Company,

　　　　Plaintiff,

v.

DOES 1-22,

　　　　Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 15, 2013.**

　　　　Pending before the Court are Defendant Doe No. 15's Motion to Quash Subpoena [filed July 12, 2013; docket #17], Doe No. 15's Motion to Sever [filed July 12, 2013; docket #18] and Doe No. 15's Motion to Proceed Anonymously [filed July 12, 2013; docket #19].  The Motions are **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1A.

　　　　The Court reminds the parties that it "will not consider *any motion*, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good-faith efforts to confer with opposing counsel." D.C. Colo. LCivR 7.1A (emphasis added).  It is the responsibility of the moving party to "state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule..." *Id.*  The pending Motions contain no such certificate, nor any other indication that Doe 15 attempted to obtain Plaintiff's position on the Motions before seeking relief from the Court.