IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01121-WYD-MEH

VOLTAGE PICTURES, LLC, a California Limited Liability Company,

   Plaintiff,

v.

DOES 1-22,

   Defendants.

## ORDER

In accordance with the (Corrected) Notice of Dismissal filed on August 12, 2013 (ECF No. 33), it is

ORDERED that Defendant Doe Nos. 4 and 12 are **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and shall hereafter be taken off the caption.  It is

FURTHER ORDERED that in light of this dismissal, the Notice of Voluntary Dismissal filed August 7, 2013 (ECF No. 30), which also sought to dismiss Does Nos. 4 and 12 but improperly referred in the text of CM/ECF to Does 8 and 19, is **MOOT**.

   Dated:  August 14, 2013

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge