IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01121-WYD-MEH

VOLTAGE PICTURES, LLC, a California Limited Liability Company,

      Plaintiff,

v.

DOES 1-3, 5-11, 14-15, 17-21,

      Defendants.

---

**ORDER**

---

      In accordance with the Notice of Dismissal of Case filed on January 16, 2014

(ECF No. 48), it is

      ORDERED that the Doe Defendants are **DISMISSED WITHOUT PREJUDICE**

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and this case is terminated.

      Dated:  January 17, 2014

                      BY THE COURT:

                      s/ Wiley Y. Daniel
                      Wiley Y. Daniel
                      Senior United States District Judge